IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                    RESPONDENT

v.                                  Case No.  6:22-cr-60033

TRAVIS LEE INGRAM                                                MOVANT

## ORDER

Before the Court is the Report and Recommendation filed by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 39.  Judge Bryant recommends that the Court deny Travis Lee Ingram's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255.  ECF No. 34  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto*.  Accordingly, Ingram's Motion to Vacate, Set Aside, or Correct Sentence (ECF No. 34) is **DENIED**.

When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability.  *See* Rule 11, Rules Governing § 2255 Cases.  A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(1)-(2).  To make such a showing, "[t]he petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong."  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  In this case, the Court finds no issue on which Petitioner has made a substantial showing of a denial of a constitutional right.  Accordingly, the Court will not issue a certificate of appealability in this matter.

**IT IS SO ORDERED**, this 3rd day of July, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge